# Important Privacy Notice

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, <u>personal identifying information in Court filings must be limited as follows</u>:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HOW TO PROCEED WITH AN EMPLOYMENT DISCRIMINATION OR
REHABILITATION ACT LAWSUIT

INSTRUCTIONS FOR A PERSON WITHOUT AN ATTORNEY

This packet contains forms to permit you to file the following:

Form 1.     Civil Complaint

Form 2.     Description of Lawsuit for Court Assignment

Form 3.     Application to Proceed In Forma Pauperis (for people unable to pay the filing fee)

Form 4.     Request for Appointment of Attorney

GENERAL INSTRUCTIONS

FORM 1 – CIVIL COMPLAINT

You should fill out and file Form 1 – Civil Complaint. When filling out the complaint, you should remember the following:

1) You are the plaintiff. The defendant(s) is the employer(s) being sued. If you are filing against a government agency or department, use the title of the head of that agency or department – such as Postmaster General, Secretary of the Navy, Secretary of Welfare of Pennsylvania, etc.

2) Your complaint must be legibly printed by hand or typewritten.

3) You must personally sign your complaint and declare under penalty of perjury that the facts you allege are correct.

4) You must attach to the complaint a copy of your Notice of Right to Sue Letter from the Equal Employment Opportunity Commission. The complaint must be filed within the time specified in your Notice of Right to Sue Letter.

FORM 2 – DESCRIPTION OF LAWSUIT FOR COURT ASSIGNMENT

When you file your complaint, you must also complete and file an original and one copy of Form 2 – Description of Lawsuit for Court Assignment.

(Rev. 5/2017)

## FORM 3 – MOTION TO PROCEED IN FORMA PAUPERIS ("IFP")

In order for the complaint to be filed, it must be accompanied by the filing fee of $350 plus a $52.00 Administrative Fee. If you are unable to pay the filing fee, you must file Form 3 – Motion to Proceed In Form Pauperis with the complaint. On Form 3, you must provide an explanation for why you are unable to pay the filing fee. For example: "I am unemployed and have no money except unemployment compensation." Or: "I earn $____ a week and must support a family of ____."

The judge assigned to your case will decide whether to grant you permission to file your case in forma pauperis. If the judge grants you permission to proceed in forma pauperis, then the U.S. Marshal's Office will serve copies of your complaint on the defendant(s). Therefore, you must give the correct name and address of each defendant.

If the judge does not grant permission to proceed in forma pauperis, then you must pay the $350 filing fee. You then must arrange to serve the complaint on the defendant(s). The U.S. Marshal's Office will **not** automatically serve the complaint for you if you are not granted in forma pauperis status.

## FORM 4 – REQUEST FOR APPOINTMENT OF ATTORNEY

If you desire to have an attorney and believe you are entitled to have one appointed, you should file Form 4 – Request for Appointment of Attorney. Attorneys are selected from the Plaintiff's Employment Panel, as outlined in the enclosed Program Description. Please read this enclosure carefully.

You may obtain a copy of your investigative file. Federal employees may do so from the federal agency involved by calling that agency. Other employees can obtain a copy from the Equal Employment Opportunity Commission (EEOC) by writing to:

> Fredricka Warren
> Christine Spriggs
> EEOC, Information Specialists
> 801 Market Street, Suite 1300
> Philadelphia, PA 19107

When you have completed your forms, bring them or mail them to:

> Clerk of Court
> United States District Court
> 601 Market Street, Room 2609
> Philadelphia, PA 19106-1797

If you have any questions, you may call the Clerk's Office at (215) 597-7704 and ask for the Pro Se Writ Clerk.

**NOTE:** You should keep a copy of the forms that you file for your records.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption:

Amir Marqui Smith

_____

*Full name(s) of Plaintiff(s)*

v.

Temple University Hospital

_____

*Full name(s) of Defendant(s)*

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

CIVIL ACTION
NO._____

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

___ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

___ Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

___ Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

***NOTE:*** *In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name: Amir Marqui Smith
Street Address: 6822 Finch Place
County, City: Philadelphia, Philadelphia
State & Zip: PA, 19142
Telephone Number: (267) 574-3795

B.   List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page. Attach additional sheets of paper as necessary.

Defendant   Name: John A. "Jack" Gehrs IV
Street Address: 409 Elm Ave
County, City: Camden County, Haddonfield
State & Zip: New Jersey, 08033
Telephone Number: (267) 838-3456

C.   The address at which I sought employment or was employed by the defendant(s) is:

Employer: Temple University Hospital
Street Address: 3401 N. Broad Street/3509
County, City: Philadelphia, Philadelphia
State & Zip: Pennsylvania, 19140
Telephone Number: (215) 707-2000

**II.   Statement of the Claim**

A.   The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

  ___  Failure to hire me

  ___  Termination of my employment

  ✓   Failure to promote me

-2-

____ Failure to reasonably accommodate my disability

____ Failure to reasonably accommodate my religion

____ Failure to stop harassment

✓ Unequal terms and conditions of my employment

____ Retaliation

✓ Other (specify): Unequal or fair pay

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B. It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) Sep , (day) 1st , (year) 2017 .

C. I believe that the defendant(s) (check one):

____ is still committing these acts against me.
✓ is **not** still committing these acts against me.

D. Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

✓ race African American    ✓ color Black
____ religion _____    ✓ gender/sex Male
____ national origin _____
____ age    My date of birth is _____ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E. The facts of my case are as follow (*attach additional sheets of paper as necessary*):

In September of 2017 I was asked by my then new director, Jack Gehrs, to perform a different task outside of the original job title I was hired under as a file clerk. I was verbally promised on numerous occasions to be paid fairly and some what equal to my two co workers who happened to be white females. They made 24.75 & 29.50 an hour while I made 15.60 an hour - we all did the exact same work.

-3-

> **NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

### III. Exhaustion of Administrative Remedies:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: _____ (*Date*).

B. The Equal Employment Opportunity Commission (*check one*):

    ____ has not issued a Notice of Right to Sue Letter.
    ✓ issued a Notice of Right to Sue Letter, which I received on 03/03/21 (*Date*).

> **NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C. *Only plaintiffs alleging age discrimination must answer this question.*

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

    ✓ 60 days or more have passed.
    ____ fewer than 60 days have passed.

D. It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: _____ (*Date*).

E. Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

    ____ One year or more has passed.
    ____ Less than one year has passed.

## IV. Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

   \_\_\_\_ Direct the defendant to hire the plaintiff.

   \_\_\_\_ Direct the defendant to re-employ the plaintiff.

   \_\_\_\_ Direct the defendant to promote the plaintiff.

   \_\_\_\_ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   \_\_\_\_ Direct the defendant to reasonably accommodate the plaintiff's religion.

   ✓ Direct the defendant to (*specify*):_____

   ✓ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

   \_\_\_\_ Other (*specify*):_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 31 day of August, 2021.

Signature of Plaintiff  *Amir M. Smith*
Address  6822 Finch Place
Philadelphia, PA 19142

Telephone number  (267) 574-3795
Fax number (*if you have one*)  none

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____

---

*RELATED CASE, IF ANY:*

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☐

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____   _____   _____
                          *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*
                          Must sign here

---

**CIVIL:** (Place a √ in one category only)

**A.** *Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
    *(Please specify):* _____

**B.** *Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
    *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                          *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*
                          Sign here if applicable

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

Rev. 3/18

# NOTICE TO PLAINTIFFS WITHOUT LAWYERS (*Pro Se*)
# IN EMPLOYMENT DISCRIMINATION CASES
# REGARDING APPOINTMENT OF COUNSEL

The purpose of this notice is to inform plaintiffs in employment discrimination cases who are representing themselves, known as proceeding "*pro se*," that the Court has established a panel of volunteer lawyers willing to represent *pro se* plaintiffs in employment discrimination cases by court appointment. If you are proceeding without a lawyer (*pro se*) and cannot afford a lawyer or are unable to hire a lawyer, you may request a lawyer from the panel by filing a motion for appointment of counsel.

If you would like the Court to place your case on the panel, you must complete the form motion and submit it to the Clerk of Court. It is the decision of the Judge assigned to your case whether to grant your request for counsel. If your request is granted, your case will be placed on the panel, which is a password-protected extranet site that can be viewed electronically by lawyers who are members of the panel. Your case will also be placed in "suspense" for a period of ninety days, which means that the case is on hold for that period of time to give lawyers on the panel time to review your case.

Placement of your case on the panel does not guarantee that your case will be accepted by a lawyer. Unless or until a lawyer files a notice of appearance officially notifying the Judge and other parties that he or she is your counsel of record, you are responsible for your own case. If a lawyer does not volunteer to represent you, you must represent yourself unless you are able to hire a lawyer.

If a lawyer on the panel is interested in your case, he or she will contact you about representing you. You will be required to sign a written representation agreement and cooperate with the lawyer throughout the case. Please note that if you are appointed a lawyer from the

Rev. 3/18

panel you still may be required to pay a contingent fee for your lawyer's services or pay litigation costs. Once a lawyer from the panel has entered his or her appearance as your lawyer, Court approval will be required to terminate your lawyer's representation. After your lawyer has been appointed, the Court will schedule your case for an early mediation conference. If a lawyer is appointed to represent you, all communications with the Court should be through your attorney.

Please remember to keep your address and contact information current with the Court throughout your case so that you receive Court orders, and so that lawyers from the panel can contact you if your case is placed on the panel for appointment. The Court's local rules require you to update your address within two weeks of an address change.

New Window | Help | Personalize Page |

Work Location   Job Information   Job Labor   Payroll   Salary Plan   Compensation   Custom Job Data

**Amir Smith**
Employee

Empl ID 800008752
Empl Record 1

Compensation Details

| | |
|---|---|
| Effective Date 10/06/2019 | |
| Effective Sequence 0 | Action Pay Rate C |
| HR Status Active | Reason Merit |
| Payroll Status Active | Job Indicator Primary Jo |

Compensation Rate   1,272.800000   Freque

Comparative Information

Pay Rates

Default Pay Components

Pay Components

Amounts  Controls  Changes  Conversion

| Rate Code | Seq | Comp Rate | Currency | Frequency |
|---|---|---|---|---|
| 1 NAHRLY | 0 | 15.910000 | USD | H |

Calculate Compensation

Contract Change Pr
Personalize |

Job Data    Employment Data    Earnings Distribution    Be

Save    Return to Search    Previous in List    Next in List    Notify    Refresh

Work Location | Job Information | Job Labor | Payroll | Salary Plan | Compensation | Custom Job Data



New Window | Help | Personalize Page |

Work Location   Job Information   Job Labor   Payroll   Salary Plan   Compensation   Custom Job Data

**Jesika Bernhardt**   Empl ID  909021812
Employee   Empl Record  0

Compensation Details

| | |
|---|---|
| Effective Date | 03/02/2020 |
| Effective Sequence | 0 |
| HR Status | Active |
| Payroll Status | Active |

Action  Return fror
Reason  Return Fro
Job Indicator  Primary Jo

Compensation Rate   2.360000   Frequei
Comparative Information

Pay Rates

| | | | | |
|---|---|---|---|---|
| Hourly | 29.500000 | USD | Biweekly | 2.3 |
| Weekly | 1,180.000000 | USD | Annual | 61,3 |

Default Pay Components

Contract Change Pr

Pay Components   Personalize |

Amounts   Controls   Changes   Conversion

| Rate Code | Seq | Comp Rate | | Currency | Frequency |
|---|---|---|---|---|---|
| 1 NAHRLY | 0 | 29.500000 | | USD | H |

Calculate Compensation

Job Data   Employment Data   Earnings Distribution   B

Save   Return to Search   Notify   Refresh

Work Location | Job Information | Job Labor | Payroll | Salary Plan | Compensation | Custom Job Data

https://hr.tuhs.prv:9081/psc/hr92prd/EMPLOYEE/HRMS/c/ADMINISTER_WORKFORC...   8/4/2020

New Window | Help | Personalize Page |

Work Location   Job Information   Job Labor   Payroll   Salary Plan   Compensation   Custom Job Data

**Donna Leyden**
Employee

Empl ID  908743965
Empl Record  0

Compensation Details

Effective Date 06/07/2020
Effective Sequence 0
HR Status Active
Payroll Status Active

Action Data Chan
Reason KRONOS
Job Indicator Primary Jo

Compensation Rate   1,980.000000

Frequei

Comparative Information

Pay Rates

| | | | |
|---|---|---|---|
| Hourly | 24.750000 | USD | Biweekly | 1.9 |
| Weekly | 990.000000 | USD | Annual | 51,4 |

Default Pay Components

Contract Change Pr

Pay Components

Personalize |

Amounts   Controls   Changes   Conversion

| Rate Code | Seq | Comp Rate | Currency | Frequency |
|---|---|---|---|---|
| 1 NAHRLY | 0 | 24.750000 | USD | H |

Calculate Compensation

Job Data      Employment Data      Earnings Distribution      B

Save    Return to Search    Notify    Refresh

Work Location | Job Information | Job Labor | Payroll | Salary Plan | Compensation | Custom Job Data

https://hr.tuhs.prv:9081/psc/hr92prd/EMPLOYEE/HRMS/c/ADMINISTER_WORKFORC...   8/4/2020



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**

801 Market Street, Suite 1000
Philadelphia, PA 19107-3127
Philadelphia Direct Dial (267) 589-9700
FAX (215) 440-2632, 2848 & 2604

Our Reference:   Charge Number 530-2020-01613
Amir Smith v. Temple University Hospital

Mr. Amir Smith
6822 Finch Place
Philadelphia, PA 19142

Dear Mr. Smith:

This is in response to your correspondence in which you requested that the Equal Employment Opportunity Commission reconsider its no cause finding of the above-referenced Charge of Discrimination.

The basis for your request has been thoroughly reviewed. Having taken your argument into full account and after further review of this matter, I fully believe the basis upon which we made our original finding was correct. Therefore, your request for reconsideration is denied.

We regret that we could not be of further service to you in this matter.

Sincerely,

*Dana R. Hutter*

August 10, 2021
Date

Dana R. Hutter
Deputy Director

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Amir M. Smith<br>6822 Finch Place<br>Philadelphia, PA 19142 | From: | Philadelphia District Office<br>801 Market Street<br>Suite 1000<br>Philadelphia, PA 19107 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 530-2020-01613 | Legal Unit,<br>Legal Technician | (267) 589-9707 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Jamie R. Williamson* (signature)

March 3, 2021

Enclosures(s)

**Jamie R. Williamson,**
**District Director**

*(Date Issued)*

cc: Anna Oppenheim, Esq.
Assistant University Counsel
TEMPLE UNIVERSITY
Office Of University Counsel, 300 Sullivan Hall
1330 West Polett Walk
Philadelphia, PA 19122

Enclosure with EEOC
Form 161 (11/2020)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *issued* **to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*