IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMIR MARQUI SMITH<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN A. GEHRS, IV "JACK" and<br>TEMPLE UNIVERSITY HOSPITAL<br><br>　　　　　　Defendants. | Case No. 2:21-cv-03946-MSG |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

 Please withdraw the appearance of Leslie A. Mariotti, Esquire on behalf of defendants, John A. Gehrs, IV and Temple University Hospital in the above captioned matter.

            PIETRAGALLO GORDON ALFANO
            BOSICK & RASPANTI, LLP

Date: July 1, 2022

           By: /s/ *Leslie A. Mariotti*
             Leslie A. Mariotti, Esquire (Pa. I.D. No. 309395)
             1818 Market Street, Suite 3402
             Philadelphia, PA 19103
             *lam@pietragallo.com*
             (215) 988-1451 (Telephone)
             (215) 754-5188 (Telecopy)

             *Counsel for Defendants,*
             *John A. Gehrs, IV and*
             *Temple University Hospital*

## **CERTIFICATE OF SERVICE**

I, Leslie A. Mariotti, Esquire, hereby certify that on July 1, 2022 a true and correct copy of the foregoing Withdrawal of Appearance will be served via United States, First Class mail upon the following:

Amir Marqui Smith
6822 Finch Place
Philadelphia, PA  19142
*amirmarqui@gmail.com*

　　　　　　　　　　　　　　　　 */s/ Leslie A. Mariotti*
　　　　　　　　　　　　　　　　　Leslie A. Mariotti, Esquire

*7354168*